26

United States Courts
Southern District of Texas
FILED

*March 21, 2023*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.**   **M-23-CR-386** |
| | § | |
| **OSCAR DAVID CERVANTES-MUNOZ** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about February 24, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**OSCAR DAVID CERVANTES-MUNOZ**

an alien who had previously been denied admission, excluded, deported, and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit: near Roma, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY